**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CHRISTINA FORD,**
on behalf of DF a minor **PLAINTIFF**

**v.** **CIVIL ACTION No. 3:25-cv-553-HTW-LGI**

**CAPTAIN D's** **DEFENDANT**

**ORDER**

BEFORE THIS COURT is the Report and Recommendation ("R&R") of United States Magistrate Judge LaKeysha Greer Isaac. [Docket no. 6]. In her R&R, filed July 21, 2026, Magistrate Judge Isaac recommended that this civil action be dismissed, without prejudice, for Plaintiff's failure to prosecute and obey the Orders of the Court. Magistrate Judge Isaac directed Plaintiff to file any written objections within fourteen (14) days of her July 21, 2026, R&R. To date, no objection has been filed.

Based on the findings contained in the R&R [Docket no. 6], this Court agrees with Magistrate Judge Isaac that Plaintiff failed to prosecute the matter *sub judice*. Plaintiff also failed to respond to the April 30, 2026, Order Directing Plaintiff to file an Amended Complaint [Docket no. 4] and the June 5, 2026, Show Cause Order. [Docket no. 5]. Magistrate Judge Isaac recommended therefore dismissal of this case without prejudice, under Federal Rule of Civil Procedure 41(b).[1] This Court agrees with the Magistrate Judge as the Order of this Court.

---

[1] *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as a adjudication on the merits.").

This Order commensurately hereby **ADOPTS** the Report and Recommendation [Docket no. 6] of the Magistrate Judge as the Order of this Court and hereby **DISMISSES** the instant petition **WITHOUT PREJUDICE.**

**SO ORDERED this the 20th day of November, 2026.**

**/s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**